UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIO VALLE ARREOLA,

    Plaintiff,

v.

    Case No. 1:24-cv-887

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order of Remand entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  October 8, 2024                                  /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                     United States District Judge